DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTOPHER HILLFIGER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2940

_____

September 6, 2023

Appeal from the Circuit Court for Pasco County; Mary M. Handsel,
Judge.

Howard L. Dimmig, II, Public Defender, and Sharon M. Vollrath, Special
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Sonia C. Lawson,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

      Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.